HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

DAVID OLNEY TAYLOR,

    Defendant/Petitioner.

Case No. CR03-5047RBL
C10-5057RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion to Request Paper Copy of Case File and for an Extension of Time [Dkt. #5]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On February 9, 2010 the Court granted Defendant's motion requesting a copy of his case file from his attorney, William Broberg. The Order ruled that counsel was only required to provide Defendant a disc containing the file [Dkt. #4]. Defendant has now moved to request a paper copy of his file stating that the institution he is in does not provide computers capable of reading the disc. Defendant's statement is supported by a letter from his unit manager.

Defendant's motion for a paper copy of his file is **GRANTED**. Counsel shall provide the Defendant with his case file (or a copy thereof) within 30 days of entry of this Order. The Defendant's request for an Extension of Time is also **GRANTED**.

ORDER
Page - 1

Therefore:

(1) Defendant shall file his Brief on or before **JUNE 25, 2010.**

(2) If not previously accomplished, the Clerk shall arrange for service upon the United States Attorney, copies of the 2255 motion and of all documents in support thereof.

(3) The United States shall **file and serve an answer** in accordance with Rule 5 of the Rules Governing § 2255 Cases in United States District Courts not later than **AUGUST 13, 2010.** As part of such answer, the United States should state its position as to whether an evidentiary hearing is necessary and whether there is any issue as to abuse or delay under Rule 9.

The Respondent shall file the answer with the Clerk of the Court and serve a copy of the answer upon the Petitioner or Petitioner's counsel. The answer, and all further pleadings shall include both the civil and criminal case numbers supplied in this order.

(4) Any reply by the Petitioner shall be filed and served on or before **SEPTEMBER 7, 2010.**

**The Clerk shall note the 2255 Motion on the Court's calendar, for Friday, SEPTEMBER 10, 2010.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this Order to the Petitioner, pro se, to Attorney William Broberg, and to government counsel.

Dated this 23rd day of March, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE